**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **DESMON HOLMES,** ) | **CASE NO. 1:13CV421** |
| ) | |
| Petitioner, ) | |
| ) | **JUDGE CHRISTOPHER A. BOYKO** |
| vs. ) | |
| ) | |
| **BARRY GOODRICH, Warden,** ) | <u>O R D E R</u> |
| ) | |
| Respondent. ) | |

     This Court has reviewed the Report and Recommendation (Doc.# 23) of Magistrate Judge William H. Baughman, Jr. regarding the Motion of Petitioner Desmon Holmes to Stay the Proceedings Under Civil Rule 13.3 and in the Alternative Stay/Abeyance (Doc.#19).  The Magistrate Judge recommended that Petitioner's Motion to Stay be denied

     FED. R. CIV.P. 72(b) provides that objections to a Report and Recommendation must be filed within fourteen days after service, but Petitioner has failed to timely file any such objections.  Therefore, the Court must assume that Petitioner is satisfied with the Magistrate Judge's recommendation.  Any further review by this Court would be a duplicative and  inefficient use of the Court's limited resources.  <u>Thomas v. Arn</u>, 728 F.2d 813 (6th Cir. 1984), <u>aff'd</u>, 474 U.S. 140 (1985); <u>Howard v. Secretary of Health and Human Services</u>, 932 F.2d 505 (6th Cir. 1991); <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir.1981).

Therefore, the Court adopts in full the Report and Recommendation (Doc.# 23) and denies the Motion to Stay.

        IT IS SO ORDERED.

Dated: 12/15/2014

                                             *S/Christopher A. Boyko*
                                             CHRISTOPHER A. BOYKO
                                             UNITED STATES DISTRICT JUDGE